# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | ) Case No. 14-11759 |
| | ) |
| COSTELLO, MARGARET M. | ) Chapter 7 |
| | ) |
| Debtor(s). | ) Judge: ARTHUR I. HARRIS |

## TRANSMITTAL OF UNCLAIMED FUNDS

MARVIN A. SICHERMAN, trustee of the estate, reports the following.

1. Ninety days have passed since final distribution was made on this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check(s) and their last known addresses are:

Claim No. 15    National Collegiate Trust    $19,766.36
                P. O. Box 4941
                Trenton, NJ 08650

2. Your Trustee's check for payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done on this case.

Date: August 10, 2020

/s/ Marvin A. Sicherman
Marvin A. Sicherman
25805 Fairmount Blvd. - Unit 402
Beachwood, OH 44122-2260
Phone: (216) 464-1244
Fax: (216) 696-3338
Email: msicherman@roadrunner.com